Laurence M. Rosen (219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Felipe Antillon*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ANTILLON, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EDISON INTERNATIONAL, PEDRO J. PIZARRO, and MARIA RIGATTI,<br><br>    Defendants. | Case No. 2:25-cv-01154-SB-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>CLASS ACTION |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Felipe Antillon ("Plaintiff") hereby gives notice that he hereby voluntarily dismisses his case without prejudice against all Defendants. No Defendant has either answered the complaint or filed a motion for summary judgment in this case. Further, no class has been certified.

Dated: February 18, 2025              Respectfully submitted,

1

NOTICE OF VOUNTARY DISMISSAL – Case No. 2:24-cv-10153-MEMF-PVC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THE ROSEN LAW FIRM, P.A.**

<u>/s/ Laurence M. Rosen</u>
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Felipe Antillon*

2
NOTICE OF VOUNTARY DISMISSAL – Case No. 2:24-cv-10153-MEMF-PVC

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 18, 2025, I electronically filed the following **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 18, 2025.

/s/ Laurence M. Rosen
Laurence M. Rosen
